UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

| | |
|---|---|
| ANDREW J MYERS | CASE NO. 08-11297 |
| KIMBERLY A MYERS | CHAPTER 7 |
| DEBTOR(S). | |

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim # 4 of Fort Wayne Radiology
> Account number:  C17357
> Claimed amount:  $50.69
> Pro rata distribution:  $1.30
>
> Claim #6 of Indiana Medical Associated LLC
> Account number:  6337
> Claimed amount:  $51.35
> Pro rata distribution:  $1.32
>
> Claim #7 of IMAGI
> Account number:  6337
> Claimed amount:  $53.00
> Pro rata distribution:  $1.36
>
> Claim #16 of Ft Wayne Urology
> Account number:  7378
> Claimed amount:  $175.70
> Pro rata distribution:  $4.50

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated: August 26, 2009  /s/ Mark A. Warsco  
                                   Mark A. Warsco, Trustee  
                                   P.O. Box 11647  
                                   Fort Wayne, IN  46859-1647  
                                   Telephone:  (260) 469-0256  
                                   e-mail: bankruptcy@rlwlawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on August 26, 2009:

| | |
|---|---|
| BRIAN W. KAISER<br>bwkattorney@hotmail.com | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| Fort Wayne Radiology<br>PO Box 5602<br>Fort Wayne, IN 46895-5602 | Indiana Medical Associates LLC<br>7900 W Jefferson Blvd<br>Suite 201<br>Fort Wayne IN 46804 |
| IMAGI<br>Northeast Indiana Endoscopy Ctr.<br>7900 West Jefferson Blvd. Ste. 202<br>Fort Wayne IN 46804 | Ft Wayne Urology<br>c/o Snow & Sauerteig<br>203 E Berry St Ste 1310<br>Ft Wayne, IN 46802 |

                                   /s/  Mark A. Warsco  
                                   Mark A. Warsco, Trustee